PROB 12C
(12/04)

# United States District Court
## for the
## District of Kansas
### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Donnell F. Timley                     Case Number: 5:02CR40015-001

Name of Sentencing Judicial Officer:    Honorable Julie A. Robinson
                                        United States District Judge

Date of Original Sentence:    October 21, 2002

Original Offense:    Possession With Intent to Distribute Cocaine, a Class C Felony

Original Sentence:    37 months custody of the Bureau of Prisons / 3 years Supervised Release

Type of Supervision:    Supervised Release    Date Supervision Commenced:    June 10, 2005

Asst. U.S. Attorney:    James Brown    Defense Attorney:    Ron Wurtz

---

## PETITIONING THE COURT

[X]    To issue a warrant
[ ]    To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition: While on supervised release the defendant shall not commit another federal, state, or local crime.** |
| | On September 11, 2005, the offender was arrested by Kansas Highway Patrol Officer S. Phillips for Theft: Obtain/Exert Unauthorized Control Over Property. |
| | Review of the associated law enforcement report reflects that Kansas Highway Patrol Trooper S. Phillips was dispatched to the Topeka Service Area Hardees for a possible theft. Upon the Trooper's arrival the Hardees Shift Manager advised two envelopes containing money had been taken. The amount of money missing was $754.37. The offender was observed taking the trash outside the business. The offender returned to the business and went into a bathroom. Trooper Phillips asked the offender if he had any money on his person. The offender reported he did not have any money. The Trooper searched the offender, and discovered $763 in the offender's shoes. The two (2) envelopes were recovered in the trash bin outside the business. Kansas Highway Patrol Case Number 200514626. |

45

Prob 12C -2- Petition for Warrant or Summons
for Offender Under Supervision

Name of Offender: Donnell F. Timley          Case Number: 5:02CR40015-001

U.S. Probation Officer Recommendation:

The term of supervision should be:

    [X]    Revoked
    [ ]    Extended for  year(s), for a total term of  years.

[ ]    The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 30, 2005

Approved:

*(signature)*
SUSPO

*(signature)*
Branndon S. Phillips
U.S. Probation Officer

---

**THE COURT ORDERS**

[ ]    No Action
[✓]    The Issuance of a Warrant.  Petition and warrant sealed and not to be distributed to counsel of record.  Unsealed upon arrest.
[ ]    The Issuance of a Summons
[ ]    Other

*(signature)*
Honorable Julie A. Robinson
United States District Judge

9/30/05
Date

cc: AUSA James Brown