AO 468 (Rev. 1/86) Waiver of Preliminary Hearing

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS


FILED
OCT 6 2005
RALPH L. DeLOACH, Clerk
By _____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF PRELIMINARY HEARING** |
| v. | **(Rule 5 or 32.1, Fed. R. Crim. P.)** |
| DONNELL F. TIMLEY | |
| | CASE NUMBER: 02-40015-01-JAR |

I, __DONNELL T. TIMLEY__, charged in a petition pending in this District with violation of conditions of supervised release and having appeared before this Court and been advised of my rights as required by Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

_____         _____
  10-5-2005                                                        Defendant
         Date
                                                            _____
                                                              Counsel for Defendant