# UNITED STATES DISTRICT COURT

## DISTRICT OF KANSAS

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

2005 OCT -7 P 4: 15

RALPH DELOACH
CLERK
DEPUTY

UNITED STATES OF AMERICA

v.

DONNELL F. TIMLEY

SEALED

**WARRANT FOR ARREST**

Case No. 02-40015-01

To:     The United States Marshal
        and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: **Donnell F. Timley**

and bring him forthwith to the nearest magistrate to answer a

( )Indictment    ( )Information    ( )Complaint    **(X) SEALED** Order of Court    ( )Violation Notice    ( )Probation Violation Petition

charging him with violation of conditions of supervision

RALPH L. DeLOACH, CLERK

_____
Deputy Clerk

September 30, 2005, at Topeka, Kansas

By: Julie A. Robinson, District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: _Topeka, KS_ | | |
| DATE RECEIVED: 09/30/05 <br> DATE OF ARREST: 10/05/05 | NAME AND TITLE OF ARRESTING OFFICER: Josh Moff /DUSM | SIGNATURE OF ARRESTING OFFICER: |