CLERK'S COURTROOM MINUTE SHEET

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>     PLAINTIFF, )<br> )<br>v. )<br> )<br>DONNELL F. TIMLEY, )<br>     DEFENDANTS. )<br>_____ ) | CASE NO. 02-40015-JAR |

**Location:** Topeka, Kansas

| | | | |
|---|---|---|---|
| | Robinson | **DATE:** | 10/17/2005 |
| **DEPUTY CLERK:** | Crawford | **TAPE/COURT REPORTER** | Sherry Berner |
| **COUNSEL FOR PLTF.(S):** ` | James Brown | **COUNSEL FOR DEFT.(S):** | Ronald Wurtzf |

## CLERK'S MINUTES
### Final Hearing of Revocation of Supervised Release

This matter is before the Court for a Final Revocation Hearing. The defendant stipulated to the violations. The Court ruled that the Defendant has violated his conditions of supervised release and the same are hereby revoked.

The Defendant is sentenced to a term of 5 months of custody with no term of supervised release to follow. Upon the request of the defendant the Court will allow the defendant to voluntarily surrender on Thursday, October 20, 2005 no later than 4:00 p.m.